IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,                 SEALED ORDER

       v.                                                          13-cr-15-bbc

BRENT OLSON,

                                 Defendant.
_____

On November 21, 2012, this court denied Brent Olson's requesting appointed counsel, finding that Olson was not indigent.  Olson has requested reconsideration and has submitted detailed financial information showing why he cannot afford an attorney.  As this court has done occasionally in the past, it will *conditionally* GRANT Olson's new request:

The Federal Defender is directed to appoint counsel to represent Olson in this case.  Olson does not have to pay any costs at this time.  When this case is resolved at the district court level, Judge Crabb will determine at that time whether Olson can afford to repay the cost of his court appointed attorney; if not, then Olson will owe nothing.  If so, then the court will determine the amount to be repaid and set up a monthly repayment plan, taking into account the totality of Olson's circumstances at that time.

Entered this 6th day of March, 2012.

                                       BY THE COURT:

                                       /s/

                                       STEPHEN L. CROCKER
                                       Magistrate Judge